TRUST LAW, P.C.

Lindsay M. Trust, Esq. ltrust@osbornlawpc.com

MEMO ENDORSED

August 3, 2026

**VIA ECF**

Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Anthony v. Commissioner of Social Security*
Civil Action No. 1:26-cv-03877-GS

Dear Judge Stein,

We write on behalf of our client, Kenya Anthony, and with the consent of Defendant, to respectfully request a 90-day extension of time to file Plaintiff's motion for judgment on the pleadings, currently due on August 10, 2026 per the Court's Standing Scheduling Order. This is Plaintiff's first request for an extension. The reason for this request is that the undersigned requires additional time due to having overlapping deadlines and case conferences in the upcoming weeks.

After conferring with the defendant, the parties have agreed to the following amended scheduling order, subject to the Court's approval:

1. Plaintiff to file his motion for judgment on the pleadings on or before: **November 9, 2026**;
2. Defendant to file its response to plaintiff's motion/cross motion on or before: **January 15, 2027**; and
3. Plaintiff to file his reply, if any, on or before: **January 29, 2027**.

Thank you for your consideration of this request.

Respectfully submitted,

s/Lindsay M. Trust
Lindsay M. Trust
TRUST LAW, P.C.
43 West 43rd Street, Suite 131
New York, New York 10036
Telephone: 212-725-9800
Facsimile: 212-500-5115
ltrust@osbornlawpc.com

cc: Fergus John Kaiser, Esq. (by ECF)

Application granted. Plaintiff's brief shall be filed no later than November 9, 2026. Defendant shall submit its response by no later than January 15, 2027. Plaintiff shall submit a reply, if any, by no later than January 29, 2027. SO ORDERED.

Dated: August 7, 2026
New York, New York

**SO ORDERED:**

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE